No. 91–113. A/S DAMPSKIBSSELSKABET TORM *v.* BANQUE PARIBAS (SUISSE) S. A., GENEVA. C. A. 2d Cir. Certiorari denied.

No. 91–114. WINN *v.* KOMPKOFF. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 91–116. CARROLL ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–117. BLY *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 91–121. BECKER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–123. WILSON *v.* STATE FARM FIRE & CASUALTY CO. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 91–127. PIRES ET UX. *v.* FROTA OCEANICA BRASILEIRA S. A. ET AL. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 91–128. ADLER ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 91–131. PADGET ET AL. *v.* GRAPHIC COMMUNICATIONS INTERNATIONAL UNION ET AL. C. A. 7th Cir. Certiorari denied.

No. 91–134. RIVERA-MARTINEZ, AKA EL MEN *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 91–135. ASSOCIATION OF AMERICAN MEDICAL COLLEGES *v.* CUOMO, GOVERNOR OF THE STATE OF NEW YORK, ET AL. C. A. 2d Cir. Certiorari denied.

No. 91–136. CAPIZZI, DISTRICT ATTORNEY FOR COUNTY OF ORANGE *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE. Ct. App. Cal., 4th App. Dist. Certiorari denied.